

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-14-2013

# In Re: Michael Pendleton

Precedential or Non-Precedential: Precedential

Docket No. 12-3617

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"In Re: Michael Pendleton " (2013). *2013 Decisions*. Paper 1482.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/1482

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 12-3617, 12-3996 and 13-1455

In re: MICHAEL J. PENDLETON,
Petitioner in Case No. 12-3617

In re: FRANKLIN X. BAINES,
Petitioner in Case No. 12-3996

In re: COREY GRANT,
Petitioner in Case No. 13-1455

On Applications for Leave to File a Second or Successive Habeas Petition
pursuant to 28 U.S.C. Section 2244(b)

No. 12-3617 related to W.D. Pa. No. 12-cv-00195
before the Honorable Kim R. Gibson, District Judge and
Honorable Keith A. Pesto, Magistrate Judge

No. 12-3996 related to E.D. Pa. No. 12-cv-05672
before the Honorable Edmund V. Ludwig

No. 13-1455 related to D. N.J. No. 06-cv-05952
before Honorable Harold A. Ackerman

Argued on September 10, 2013
Opinion filed: October 3, 2013

ORDER AMENDING OPINION

It is hereby ordered that the opinion issued on October 3, 2013 is hereby amended to correct the citation to *Miller v. Alabama* appearing in the first line of the opinion. The correct citation is *Miller v. Alabama*, 132 S. Ct. 2455, 2460 (2012).

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: November 14, 2013

mlr/cc: Lisa B. Freeland, Esq.
Rusheen, Esq.
David R. Fine, Esq.
Hugh J. Burns, Jr., Esq.
Thomas W. Dolgenos, Esq.
Ronald Eisenberg, Esq.
Bradley S. Bridge, Esq.
Marsha L. Levick, Esq.
David B. Glazer, Esq.
Mark E. Coyne, Esq.
Steven G. Sanders, Esq.